**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2125

WALTER TYRONE BROWN, JR.,

Plaintiff - Appellant,

v.

PRISMA HEALTH HOSPITAL RICHLAND; PRISMA HEALTH HOSPITAL RICHLAND SPRINGS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:23-cv-02967-JFA)

Submitted:  December 19, 2023                    Decided:  December 21, 2023

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Tyrone Brown, Jr., Appellant Pro Se.  Zachary Bruce Hayden, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Tyrone Brown, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brown v. Prisma Health Hosp. Richland*, No. 3:23-cv-02967-JFA (D.S.C. Oct. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*